IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 09-00845-1-JW |
| Plaintiff, | ) | |
| v. | ) | [PROPOSED] ORDER CONTINUING RAMIRO VALLE-NEGRETE'S SENTENCING HEARING TO APRIL 26, 2010 |
| RAMIRO VALLE-NEGRETE, | ) | |
| Defendant. | ) | |

**ORDER**

GOOD CAUSE APPEARING, Good cause appearing and by stipulation of the parties, it is hereby ordered that the sentencing hearing in the above-captioned matter shall be continued from March 15, 2010, to April 26, 2010, at 1:30 p.m.

This is parties the final continuance of the Sentencing Hearing.

Dated: March  12 , 2010

_____
HON. JAMES WARE
United States District Judge

ORDER Continuing the Sentencing Hearing
CR 09-00845-1-JW                                  1