BARRY J. PORTMAN
Federal Public Defender
MANUEL U. ARAUJO
Assistant Federal Public Defender
160 West Santa Clara Street, Suite 575
San Jose, CA  95113
Telephone:  (408) 291-7753

Counsel for Defendant Valle-Negrete

*IT IS SO ORDERED AS MODIFIED*
*Judge James Ware*
4/7/2010

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,           )<br>                                                              )<br>                          Plaintiff,        )<br>v.                                                       )<br>                                                              )<br>RAMIRO VALLE-NEGRETE,           )<br>                                                              )<br>                          Defendant.    )<br>_____) | No. CR 09-00845-1-JW<br><br>[~~PROPOSED~~] ORDER CONTINUING RAMIRO VALLE-NEGRETE'S SENTENCING HEARING TO MAY 24, 2010 |

**ORDER**

GOOD CAUSE APPEARING, and by stipulation of the parties, it is hereby ordered that the sentencing hearing in the above-captioned matter shall be continued from April 26, 2010, to **June 7, 2010** , at 1:30 p.m.


Dated: April  7 , 2010

_____
HONORABLE  JAMES WARE
United States District Judge

ORDER Continuing the Sentencing Hearing
CR 09-00845-1-JW                                             1